## White *v.* The State.

APPEAL from the Criminal Court of Pike.
Tried before the Hon. T. L. BOROM.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was prosecuted, tried and convicted for carrying a pistol concealed about his person.
The judgment is affirmed.

Opinion by HARALSON, J.

---

## Ashe-Carson Co. *v.* Bonifay *et al.*

APPEAL from the Chancery Court of Covington.
Heard before the Hon. WILLIAM L. PARKS.

POWELL & ALBRITTON, for appellants.

FOSTER, SAMFORD & CARROLL, for appellees.

This cause was submitted on the merits and on motion to dismiss the bill.
The appeal is dismissed.

Opinion PER CURIAM.

---

## The State *v.* Hall.

APPEAL from the order of Probate Judge of Limestone County granting bail on *habeas corpus.*
Heard before the Hon. JAMES E. HORTON.

MASSEY WILSON, Attorney-General, for the State.

THOMAS C. McCLELLAN, *contra.*

The order of the probate judge granting bail on *habeas corpus* is affirmed.

Opinion by SHARPE, J.